**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**THOMAS MERCELEANY MAXWELL/G-DOFFEE** **PLAINTIFF**
***ADC #108778***

**v.** **No: 4:26-cv-00472-LPR-PSH**

**LATRELL D. WHITE,**[1] ***et al.*** **DEFENDANTS**

**ORDER**

Having carefully and liberally[2] construed plaintiff Thomas Merceleany Maxwell/G-Doffee ("G-Doffee")'s amended complaint (Doc. No. 15) for screening purposes,[3] it appears that service is appropriate as to his claims against the named defendants. The Court will request service directions from Wellpath with respect to Dr. Woodyard. The Clerk of the Court is directed to prepare summonses for defendants Sergeant Latrell D. White, Sergeant Jackson, Assistant Warden Griffin,

---

[1] The Clerk of Court is directed to remove the following defendants from the docket sheet for this case because they are not listed as defendants in G-Doffee's amended complaint: Dental Hygienist Smith, Infirmary Manager Jason Palmer, Doe Inmate Grievance Officer, and Doe Assistant Warden.

[2] *See Stone v. Harry*, 364 F.3d 912, 915 (8th Cir. 2004) ("When we say that a pro se complaint should be given liberal construction, we mean that if the essence of an allegation is discernible, even though it is not pleaded with legal nicety, then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework.").

[3] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

and Sergeant Tahshaila Dunlap. The United States Marshal is hereby directed to serve a summons on each of them without prepayment of fees and costs or security therefor. These defendants should be served through the ADC Compliance Division. One copy of the amended complaint (Doc. No. 15) along with a copy of this order shall be sent to the ADC Compliance Division with the summonses.

G-Doffee is directed to provide names for the Doe defendants (described as Dental Assistant at Varner Unit and Disciplinary Hearing Officer). G-Doffee may conduct discovery to ascertain these names. His failure to provide names for the Doe defendants within 60 days will result in the recommended dismissal of his claims against the Doe defendants.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE